## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHRISTOPHER MILLER                                                                                          PLAINTIFF

v.                                        3:19-cv-00275-DPM-JJV

KEVIN MOLDER; Sheriff,
Poinsett County Detention Center, et al.                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Christopher Miller ("Plaintiff") brings this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. No. 4.) On May 4, 2020, Defendants Marshal, Molder, and Roex filed a Motion to Compel (Doc. No. 18) stating Plaintiff had not responded to their March 13, 2020 discovery requests, which included a Medical Authorization, or their April 16, 2020 letter attempting to resolve the matter in good faith. (Doc. Nos. 18, 19). On the same day, I granted the Motion to Compel, gave Plaintiff twenty-one (21) days to respond to the outstanding discovery, and cautioned him I would entertain a Motion to Dismiss this case if he failed to timely comply with my instructions. (Doc. No. 20.)

Defendants have recently filed a Motion to Dismiss (Doc. Nos. 21, 22) declaring Plaintiff has not complied with my discovery Order within the allotted time and requesting this action be dismissed without prejudice. I find good cause for granting the Motion pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and 41(b). Plaintiff may cure this defect by immediately responding to Defendants' discovery requests and notifying the Court he has done so by filing written Objections to this Recommended Disposition that include copies of the discovery responses he has mailed directly to Defendants.

IT IS, THEREFORE, RECOMMENDED that:

1. Defendants' Motion to Dismiss (Doc. No. 21) be GRANTED, and the Amended Complaint (Doc. No. 4) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 29th day of May 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE