IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MILLER                          PLAINTIFF

v.                     No. 3:19-cv-275-DPM

KEVIN MOLDER, Sheriff, Poinsett County
Detention Center; STEVE ROEX, Chief Deputy,
Poinsett County Detention Center; and
TRISH MARSHAL, Assistant Jail Administrator,
Poinsett County Detention Center           DEFENDANTS

## JUDGMENT

Miller's amended complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 June 2020